No. 322. HART ET AL. *v.* UNITED STATES. October 21, 1940. The motion for leave to file a supplemental petition for writ of certiorari is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit is denied. MR. JUSTICE MURPHY took no part in the consideration and decision of these applications. *Messrs. Hugh M. Wilkinson, O. R. McGuire,* and *David V. Cahill* for petitioners. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Mr. Fred E. Strine* for the United States.

No. 351. BAIR *v.* BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSN. October 21, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Messrs. Horace S. Davis* and *Sterling M. Wood* for petitioner. *Messrs. E. G. Toomey, Louis Ferrari,* and *Edmund Nelson* for respondent.

No. 403. THOMPSON, TRUSTEE, *v.* WILEY. October 21, 1940. On consideration of the suggestion of a diminution of the record and motion for a writ of certiorari in that relation, the motion for a writ of certiorari is granted. The petition for writ of certiorari to the Supreme Court of Arkansas is denied. *Messrs. Thos. T. Railey, W. L. Curtis,* and *Thomas B. Pryor* for petitioner. *Messrs. Theron W. Agee* and *David S. Partain* for respondent.